UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NOAH R. TURLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK aka WACHOVIA, a business banking corporation registered to do business in California, and NDEX WEST LLC, a Texas corporation registered to do business in California,<br><br>Defendants. | CASE NO.: 2:12-CV-01529-R-SH<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>[Assigned to the Hon. Manuel L. Real] |

On May 21, 2012, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo Bank aka Wachovia") ("Wells Fargo"), to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This action is dismissed with prejudice.
2. Plaintiff Noah Turley will take nothing from defendant Wells Fargo in this action; and
3. As the prevailing party, defendant Wells Fargo may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: May 25, 2012

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the below date, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

*Counsel for Defendant, NDeX WEST, LLC*

Edward A. Treder, Esq.
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

Tel: (626) 915-5714    Fax: (909) 595-7640

**AND**

**Served By Means Other Than Court's CM/ECF System:**

| *Pro Se Plaintiff:* | *Pro Se Plaintiff:* |
|---|---|
| Noah R. Turley | Noah R. Turley |
| 7498 Elm Street | 14521 Cameo Avenue |
| San Bernardino, CA 92410 | Norwalk, CA 90650 |
| | Tel: (310) 930-2721 |

[X]  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if

1      postal cancellation date or postage meter date is more than one day after
2      date of deposit for mailing in affidavit.

3  I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.  I declare that I am employed in the office
   of a member of the Bar of this Court at whose direction the service was made.
5  This declaration is executed in Pasadena, California, on May 23, 2012.

6

7     __Kimberly Wooten__                  *__/s/ Kimberly Wooten__*
      (Type or Print Name)                   (Signature of Declarant)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28